MORTGAGE HOLDING COMPANY, Respondent, v. NEPTUNE NORTH IMPROVEMENT

---

*See Laws of 1901, chap. 466, § 719-a, subd. 4, added by Laws of 1916, chap. 503, as amd. and superseded by New York Local Laws of 1925, No. 13, § 6.— [REP.

CORPORATION and Others, Defendants. ST. LOUIS CONSTRUCTION CO., INC., Appellant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order denying motion to vacate and set aside judgment of foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky and Hagarty, JJ., concur.